UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>B.M., a minor; JOHN STONE; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:22-cv-00224-MCE-JDP<br><br>**ORDER** |

The Court has reviewed the parties' Request to Modify Initial Pretrial Scheduling Order to Extend Deadlines to File Federal Rule of Civil Procedure 26(f) ("Rule 26(f)") Report and Discovery Plan and to Serve Defendant Stone. ECF No. 6. Good cause appearing, the Court GRANTS the parties' Request. The deadline to serve the complaint upon Defendant Stone is extended to June 17, 2022. The deadline for the parties to file a Rule 26(f) conference report and discovery plan is extended to June 21, 2022.

IT IS SO ORDERED.

Dated: April 25, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE