R. Wardell Loveland, Esq. – SBN 127736
Min K. Kang, Esq. – SBN 246904
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Tel.: 650.592.5400
Fax: 650.592.5027

**ATTORNEYS FOR** Plaintiff
Progressive Casualty Insurance Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PROGRESSIVE CASUALTY INSURANCE COMPANY,

        Plaintiff,

vs.

B.M., a minor; JOHN STONE; and DOES 1 through 20, inclusive,

        Defendants.

Case No. 2:22-cv-00224-MCE-JDP

STIPULATION AND ORDER

Plaintiff Progressive Casualty Insurance Company (hereinafter "Progressive" or "Plaintiff") and defendant John Stone[1] ("Stone" or "Defendant") (collectively, the "Parties"), hereby stipulate, through their respective counsel, to the following:

## **RECITALS**

A.    At all relevant times, John Stone was issued a Boat And Personal Watercraft Insurance Policy by Plaintiff Progressive Casualty Insurance Company (hereinafter "Progressive" or "Plaintiff"), Policy No. 937392247 (hereinafter referred to as "the Policy").

---

[1] By executing this Stipulation and Order in furtherance of resolution of the matter, Stone is not making a general appearance in this action.

1

B.      On or about October 6, 2020 in El Dorado County, California, Stone and minor B.M. were involved in an accident involving the towing of a boat by a land motor vehicle (the "Accident") in El Dorado County, California.

C.      The Accident gave rise to minor B.M. filing suit against Stone in the matter of *Mansour v. Stone*, El Dorado Superior Case No. PC 20200622 (the "Underlying Action").

D.      A claim was made to Progressive with respect to Stone under the Policy in connection with the Underlying Action, and it was assigned Claim No. 21-8546359 (the "Claim").

E.      Stone agrees and stipulates that there is no coverage for Stone under the Policy with respect to the Accident, the Claim and/or Underlying Action.

F.      Stone agrees and stipulates that Plaintiff has no duty to defend Stone in the Underlying Action pursuant to the terms of the Policy.

G.      Stone agrees and stipulates that Stone is owed no benefits under the Policy with respect to the Accident, the Claim and/or Underlying Action.

H.      Stone agrees he has not sought, does not seek and agrees not to seek in the future, any claims of insurance company duties/obligations, insurance benefits, rights, entitlements or any coverages under the Policy for any injuries, damages or other remedies, of any kind, asserted or sought by any person or entity, for which Stone may be pursued, alleged as liable, liable or held liable, in connection with Accident, Claim and/or Underlying Action.

I.      Stone agrees he has not and will not assign any rights, claims, entitlements or any other insurance benefits Stone had, has, may have or may claim to have had or have under the Policy for any injuries, damages or other remedies, of any kind, asserted by any person or entity, for which Stone may be pursued, alleged as liable, liable or held liable, in connection with the Accident, Claim and/or Underlying Action.

///

///

///

///

## **STIPULATION**

The Parties hereby stipulate to all of the foregoing and request that the Court issue an Order (1) acknowledging the parties' instant agreement and stipulation as to the recitals above, including but not limited to their agreements memorialized in sections E, F and G above, and (2) binding the Parties to their agreements herein, to allow this matter to proceed to final resolution and (3) plaintiff is not seeking and will not seek from Stone its attorneys' fees or costs incurred in this matter.

**IT IS SO STIPULATED.**

Dated:  July ___, 2022                    CODDINGTON, HICKS & DANFORTH


By: _____
       Min K. Kang
       Attorneys for Plaintiff
       Progressive Casualty Insurance Company

Dated:  July ___, 2022


By: _____
       Defendant John Stone


The foregoing stipulation was executed under the direction and advise of:

Dated:  July ___, 2022                    FERRUZZO & FERRUZZO, LLP


By: _____
       Greg Ferruzzo
       Attorneys for Defendant
       John Stone

1

## <u>ORDER</u>

Given plaintiff Progressive Casualty Insurance and defendant John Stone (hereinafter, the "Parties") Stipulation entered into and signed on July 31, 2022 and August 4, 2022 (the "Progressive/Stone Stipulation"), which includes but is not limited to their stipulation and agreement that there is no coverage for, no duty to defend, and no benefits due or owing to Mr. Stone under or pursuant to the subject Boat And Personal Watercraft Insurance Policy with respect to the October 6, 2020 Accident, the associated insurance Claim and/or Underlying Action arising from the Accident, **IT IS HEREBY ORDERED THAT** said the Parties are bound to and by the Progressive/Stone Stipulation and all agreements expressed therein.

**IT IS SO ORDERED.**

**Dated:  August 9, 2022**

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE