R. Wardell Loveland, Esq. – SBN 127736
Min K. Kang, Esq. – SBN 246904
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Tel.: 650.592.5400
Fax: 650.592.5027

**ATTORNEYS FOR** Plaintiff
Progressive Casualty Insurance Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>B.M., a minor; JOHN STONE; and DOES 1 through 20, inclusive,<br>Defendants. | Case No.   2:22-cv-00224-MCE-JDP<br><br>**ORDER ON PLAINTIFF'S REQUEST TO MODIFY ORDER AND INITIAL PRETRIAL SCHEDULING ORDER TO EXTEND DEADLINE TO FILE JOINT FRCP 26(f) REPORT AND DISCOVERY PLAN**<br><br>Hon. Morrison C. England, Jr.<br>United States District Judge |

THE COURT has considered the request of Plaintiff Progressive Casualty Insurance Company. Good cause having been shown, namely that all parties are continuing to actively attempt early resolution, **IT IS HEREBY ORDERED** that the Plaintiff's Request to Modify the June 21, 2022 Order, the April 25, 2022 Scheduling Order and the Initial Pretrial Scheduling Order to Extend Deadline to File the Joint FRCP 26(f) Report and Discovery Plan (Document 13) is **GRANTED** as follows:

///
///
///
///

1

- The deadline for the parties to file a joint FRCP Rule 26(f) conference report and discovery plan is hereby extended to **September 5, 2022**.

**IT IS SO ORDERED.**

Dated:  August 10, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

Order
Case No:  2:22-cv-00224-MCE-JDP                                                                            884839