R. Wardell Loveland, Esq. – SBN 127736
Min K. Kang, Esq. – SBN 246904
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Tel.: 650.592.5400
Fax: 650.592.5027

**ATTORNEYS FOR** Plaintiff
Progressive Casualty Insurance Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>B.M., a minor; JOHN STONE; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00224-MCE-JDP<br><br>STIPULATION AND ORDER |

Plaintiff Progressive Casualty Insurance Company (hereinafter "Progressive" or "Plaintiff") and defendant B.M, by and through his guardian ad litem, Sylvie Bergeron,[1] ("B.M." or "Defendant") (collectively, the "Parties"), hereby stipulate, through their respective counsel, to the following:

**RECITALS**

A.  At all relevant times, John Stone was issued a Boat And Personal Watercraft Insurance Policy by Progressive (hereinafter referred to as "the Policy").

///

---

[1] By executing this Stipulation and [Proposed] Order in furtherance of resolution of the matter, B.M. is not making a general appearance in this action.

B. On or about October 6, 2020, defendant John Stone ("Stone") and minor B.M. were involved in an accident involving the towing of a boat by a land motor vehicle (the "Accident") in El Dorado County, California.

C. The Accident gave rise to minor B.M. filing suit against Stone in the matter of *Mansour v. Stone*, El Dorado Superior Case No. PC 20200622 (the "Underlying Action").

D. A claim was made to Progressive with respect to Stone under the Policy in connection with the Underlying Action, and it was assigned Claim No. 21-8546359 (the "Claim").

E. B.M., by and through his guardian ad litem, Sylvie Bergeron, understands and acknowledges that between July 31 and August 4, 2022, Plaintiff and Stone entered into a Stipulation (the "July/August 2022 Progressive/Stone Stipulation") that included the following agreements, without limitation:

1. Stone agrees and stipulates that there is no coverage for Stone under the Policy with respect to the Accident, the Claim and/or Underlying Action.
2. Stone agrees and stipulates that Plaintiff has no duty to defend Stone in the Underlying Action pursuant to the terms of the Policy.
3. Stone agrees and stipulates that Stone is owed no benefits under the Policy with respect to the Accident, the Claim and/or Underlying Action.
4. Stone agrees he has not sought, does not seek and agrees not to seek in the future, any claims of insurance company duties/obligations, insurance benefits, rights, entitlements or any coverages under the Policy for any injuries, damages or other remedies, of any kind, asserted or sought by any person or entity, for which Stone may be pursued, alleged as liable, liable or held liable, in connection with Accident, Claim and/or Underlying Action.
5. Stone agrees he has not and will not assign any rights, claims, entitlements or any other insurance benefits Stone had, has, may have or may claim to have had or have under the Policy for any injuries, damages or other remedies, of any kind, asserted by any person or entity, for which Stone may be pursued, alleged as

liable, liable or held liable, in connection with the Accident, Claim and/or Underlying Action.

A copy of the July/August, 2022 Progressive/Stone Stipulation discussed herein is attached hereto as Exhibit A.

F. B.M., by and through his guardian ad litem, Sylvie Bergeron, agrees that he is bound to and by the stipulations and agreements of, by and/or between Stone and/or Plaintiff set forth in the July/August 2022 Progressive/Stone Stipulation including, without limitation, those set forth in the preceding paragraph E and its sub-paragraphs.

G. B.M., by and through his guardian ad litem, Sylvie Bergeron, agrees that he is bound to any Court Order(s) in connection with the stipulations and agreements of, by and/or between Stone and/or Plaintiff set forth in the July/August 2022 Progressive/Stone Stipulation, including without limitation, those set forth in the preceding paragraph E and its sub-paragraphs.

H. B.M., by and through his guardian ad litem, Sylvie Bergeron, agrees he has not and will not seek or attempt to otherwise procure assignment of any rights, claims, entitlements or any other insurance benefits Stone had, has, may have or may claim to have had or have under the Policy for any injuries, damages or other remedies, of any kind, asserted by any person or entity, for which Stone may be pursued, alleged as liable, liable, or held liable, in connection with the Accident, Claim and/or Underlying Action.

I. The Parties agree to a mutual waiver of costs in the instant action, and further agree not to pursue each other for any other type of compensation or relief with respect to the instant action, the Accident, Claim and/or Underlying Action.

## **STIPULATION**

The Parties hereby acknowledge, stipulate and agree to all of the foregoing and request that the Court issue an Order (1) acknowledging the parties' agreement and stipulation as to the recitals above, including but not limited to their agreements memorialized in sections E, F, G, H and I above, and (2) binding the Parties to their agreements herein, to allow this matter to proceed to final resolution.

**IT IS SO STIPULATED.**

Dated: August ___, 2022          By: _____
                                 Defendant B.M., a minor, by and through his
                                 guardian ad litem, Sylvie Bergeron


                                 The foregoing stipulation was executed under
                                 the direction and advise of:
                                 THE VEEN FIRM, PC


Dated: August ___, 2022          By: _____
                                 Clifton N. Smoot
                                 Elinor Leary
                                 Attorneys for Defendant B.M., a minor


Dated: August ___, 2022          CODDINGTON, HICKS & DANFORTH

                                 By: _____
                                 Min K. Kang
                                 Attorneys for Plaintiff
                                 Progressive Casualty Insurance Company

4

Stipulation and Order
Case No.                                                         878083

**ORDER**

Given plaintiff Progressive Casualty Insurance and defendant B.M.'s (hereinafter, the "Parties") Stipulation entered into and signed on August  31 , 2022 (the "Progressive/B.M. Stipulation"), which includes but is not limited B.M.'s agreement to be bound to and by all agreements set forth in the July/August 2022 Progressive/Stone Stipulation (attached to the Progressive/B.M. Stipulation as Exhibit A) and any Court Order(s) regarding same, **IT IS HEREBY ORDERED THAT** said the Parties are bound to and by the Progressive/ B.M. Stipulation and all agreements expressed therein, as well as the July/August 2022 Progressive/Stone Stipulation (Exhibit A attached thereto) and all agreements expressed therein.

**IT IS SO ORDERED.**

**Dated:  September 6, 2022**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

5

Stipulation and Order
Case No.                                                                                                                                           878083